# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
First National Insurance Company of America, a Washington Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] J. Michael Pisias, Jr.

Firm Name: Law Offices of J. Michael Pisias, Jr.

Post Office Box:

Street Address: 177 Post Street, Suite 700

City-State-Zip: San Francisco, CA 94108

Telephone & Facsimile Numbers: (415) 433-3993; Fax: (415) 433-3997

E-mail address: jmp@jmpisias.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes 2/13/87
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $1,243,599.00 or such sum according to Proof

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003