ECF

ORIGINAL

#057795

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Washington Corporation,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

USCFC Case No.: 03-1446C

**NOTICE OF DIRECTLY-RELATED CASE**

FILED
JUN 11 2003
U.S. COURT OF FEDERAL CLAIMS

**NOTICE OF DIRECTLY-RELATED CASE**

1. On or about February 19, 2002 ORBAS & ASSOCIATES, INC. (hereinafter "ORBAS") filed a Complaint in this Court, which became USCFC Case No. 02-135 C. In said Complaint ORBAS appealed a termination for default of a contract with the United States of America, which is, and at all time mentioned was, acting by and through the Department of Air Force (hereinafter "AIR FORCE").

2. The Contract with the AIR FORCE by the terms of which ORBAS agreed to perform certain construction work known as Architectural/Refrigeration Upgrade at McClellan Air Force Base, California under Contract No. F41689-00-C-0400 (hereinafter the "CONTRACT").

3. By letter dated October 10, 2001 the AIR FORCE, unreasonably, and without cause or justification terminated the CONTRACT for default. As a result of the termination for default, on or about November 20, 2001 the AIR FORCE and FIRST NATIONAL signed a Surety Takeover Agreement (hereinafter the "AGREEMENT") whereby FIRST NATIONAL was to takeover and complete performance of the work required under the CONTRACT. The AGREEMENT was entered into pursuant to requests by the AIR FORCE upon FIRST NATIONAL that FIRST NATIONAL take over and complete the remaining work under the CONTRACT and in accordance with FIRST NATIONAL'S performance bond.

4. FIRST NATIONAL, its subcontractors, suppliers and consultants completed the remaining work under the CONTRACT. In accordance with the terms of the AGREEMENT,

FIRST NATIONAL filed a claim by letter dated January 28, 2003, requesting the termination for default be converted to a termination for convenience of the government and for the total expenditures necessarily made in completing the work pursuant to the AGREEMENT and FIRST NATIONAL'S performance bond obligations.

5. The AIR FORCE Contracting Officer has failed to respond to FIRST NATIONAL'S claim with either a Final Decision or a date certain when a Contracting Officer's Final Decision will be issued. On that basis FIRST NATIONAL deems the failure of the Contracting Officer to issue a Final Decision as a denial of FIRST NATIONAL'S CLAIM under the Contract Disputes Act and filed a Complaint enclosed with this NOTICE OF DIRECTLY-RELATED CASES.

6. Both the ORBAS Complaint and the FIRST NATIONAL Complaint involve the same parties and the same CONTRACT. Therefore in accordance with USCFC Rule 40.2, FIRST NATIONAL files this NOTICE OF DIRECTLY-RELATED CASES.

7. Assignment to Judge Firestone, the Judge assigned to USCFC Case No. 02-135 C, is likely to conserve judicial resources and promote an efficient determination of the actions.

DATED: June 9, 2003

Respectfully Submitted,

J. Michael Pisias, Jr.
Law Offices of J. Michael Pisias, Jr.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-3993
Facsimile: (415) 433-3997
jmp@jmpisias.com

Attorneys First National Insurance Company of America

ORB05-30-03.NOTICE OF DIRECTLY-RELATED CASE.P.wpd

## PROOF OF SERVICE

I declare that I am over the age of eighteen years and not a party to the above-entitled cause. My business address is 177 Post Street, Suite 700, San Francisco, California 94108, and I am employed in the City and County of San Francisco, California, where the mailing occurred. I served the document entitled as follows: **NOTICE OF DIRECTLY RELATED CASE**

On today's date I placed for collection and deposit in the United States Mail at the Law Offices of J. Michael Pisias, Jr., 177 Post Street, Suite 700, San Francisco, California 94108, a copy of said document addressed to:

William L. Bruckner
Bruckner & Walker
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
Phone: (858) 565-8300
Fax: (858) 565-0813
**Atty for Orbas & Associates**

Bryan R. O'Boyle, Esq.
Senior Trial Attorney
Air Force Legal Service Agency
Commercial Litigation Division
1501 Wilson Blvd., Room 606
Arlington, VA 22209-2403
Tel: 703-696-9063

Michael F. Kiely
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
1100 L. Street, N.W.
**Attn:** Classification Unit, 8th Floor
Washington, DC 20530
Phone: 202-305-7572
Fax: 202-305-7644

I am readily familiar with the business practice of the Law Offices of J. Michael Pisias, Jr. for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, the correspondence would be placed in a sealed envelope, with postage fully prepaid, and deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 9, 2003

Jean Wilson

Jean Wilson